**Order filed May 8, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00793-CV
### AKRAM MUSHTAHA, Appellant

### V.

### TILE ROOFS OF TEXAS, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2010-31789**

## ORDER

Appellant is not represented by counsel in this appeal. Appellant's brief was mailed to the court on May 2, 2014, and filed May 5, 2014. The court has determined that appellant has not properly presented this cause in his brief. Appellant failed to substantially comply with the requirements set out in the Texas Rules of Appellate Procedure. In particular, appellant's brief fails to provide the following:

1. The identity of parties and counsel, Tex. R. App. P. 38.1(a);
2. Table of contents, Tex. R. App. P. 38.1(b);
3. Index of authorities, Tex. R. App. P. 38.1(c);
4. Statement of the case, Tex. R. App. P. 38.1(d);

5. References to the record to support the statement of facts; Tex. R. App. P. 38.1(g);

6. Summary of the argument, Tex. R. App. P. 38.1(h);

7. References to the record to support the argument; Tex. R. App. P. 38.1(i);

8. Prayer for relief, Tex. R. App. P. 38.1(j);

9. Appendix containing a copy of the trial court's judgment, Tex. R. App. P. 38.1(k).

In addition, appellant's brief fails to comply with all of the requirements set out in Rule 9. *See* Tex. R. App. P. 9. In particular, appellant's brief does not contain the following:

1. Appellant's signature, Tex. R. App. P. 9.1(b)(requiring the signature of a party not represented by counsel);

2. Typeface no smaller than 14-point, Tex. R. App. P. 9.4(e);

3. If the brief is computer generated, a certificate of compliance stating the number of words, Tex. R. App. P. 9.4(i)(3).

Litigants who appear pro se must comply with the applicable procedural rules and are held to the same standards that apply to licensed attorneys. *See Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 185 (Tex. 1978); *Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). Accordingly, pursuant to Rules 9.4(k) and 38.9(b), we **ORDER** appellant to file an amended brief complying with the rules of appellate procedure on or before **June 6, 2014.** *See* Tex. R. App. P. 9.5(k), 38.9(b). If appellant fails to file a brief in substantial compliance with the appellate rules as ordered herein, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.